HARRISBURG PA 171
05 SEP 2008 PM 1 T

Mr. Carl Knight, 10725-068
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887-2000

**OFFICIAL LEGAL BUSINESS**

UNITED STATES DISTRICT COURT CLERK
**c/o:Honorable Maurice B. Cohill**
Western District of Pennsylvania
617 State Street
Erie, Pennsylvania 16501

**\*AN EX PARTE SPECIAL MOTION\***